**Order entered May 11, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01571-CV

**JOANN SEMPLE AND CAROL MATTHEWS, Appellants**

**V.**

**FRED VINCENT, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-11180**

## ORDER

We **GRANT** appellants' May 10, 2016 motion to extend time to file brief and **ORDER**

the brief be filed no later than May 24, 2016.

/s/      CRAIG STODDART
JUSTICE